**SPENCER WALSH LAW, PLLC**
212•401•1959 | info@spencerwalshlaw.com
www.spencerwalshlaw.com

# MEMORANDUM ENDORSED

**ATTORNEYS**

Tracey Spencer Walsh, Esq. (NY & CT)
Susan Fingerle, Esq.
Christopher Barnett, Esq.
Sarah Greisman, Esq.
Hermann Walz, Esq. (Of Counsel)
Wendy Ahlstrand (Advocate & Paralegal)
Sonali Sanyal (Paralegal)
Irina Pistsov (Paralegal)

**LANGUAGES SPOKEN**

English
Bengali
Hindi
Urdu (conversational)
Punjabi (conversational)
Russian

May 1, 2023

**VIA ECF**
Hon. Gabriel W. Gorenstein
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007

RE:   *J.A. et al v. New York City Dep't of Educ.* 22-cv-9454(VEC)(GWG)

Dear Magistrate Judge Gorenstein:

Spencer Walsh Law, PLLC, is counsel for Plaintiffs J.A., N.D., and J.A. in the above-referenced matter. On March 3, 2023, Plaintiffs' counsel mistakenly filed confidential information as part of their supporting documentation for Plaintiffs' Memorandum of Law in Support of Summary Judgment and Attorneys' Fees. Electronic Case Filing ("ECF") Documents 28-1, 28-2, 28-3, 28-6, 28-7, 28-8, and 28-9 contain confidential information (*i.e.* Plaintiff's full name).

Thus, Plaintiffs' counsel writes to respectfully request the Court to formally seal Plaintiffs' filings from March, 3, 2023. If Your Honor grants Plaintiffs' request to formally seal their filings, Plaintiffs will electronically file redacted versions of the mistaken filings.

Thank you for considering this request.

Respectfully Submitted,
/s/
Tracey Spencer Walsh, Esq.
Spencer Walsh Law, PLLC

The application to seal is granted. The Clerk of Court is directed to make documents 28-1, 28-2, 28-3, 28-6, 28-7, 28-8, and 28-9 available only to the Court and the attorneys on this matter.

So Ordered.

_____
GABRIEL W. GORENSTEIN
United States Magistrate Judge
May 2, 2023