UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
J.A. AND N.D., INDIVIDUALLY AND
ON BEHALF OF J.A.,

                Plaintiff,                          22 **CIVIL** 9454 (VEC)

     -against-                             **JUDGMENT**
                                                      For Attorney's Fees and Costs
NEW YORK CITY DEPARTMENT OF
EDUCATION,
                Defendants.
-----------------------------------------------------------------X

       It is hereby **ORDERED, ADJUDGED AND DECREED:**  That for the reasons stated in the Court's Order dated November 3, 2023, Defendant's objections to the R&R are overruled, and the R&R is adopted in full. Plaintiffs' attorney Walsh spent an additional 2.5 hours preparing a four-page response to DOE's objections, which the Court finds reasonable, albeit at the upper reaches of what would be reasonable. Pls. Resp. at 4; see e.g., D.B. on behalf of S.B. v. N.Y.C. Dep't of Educ., No. 18CIV7898 (AT) (KHP), 2019 WL 4565128, at *5 (S.D.N.Y. Sept. 20, 2019) (awarding fees for 10.52 hours reasonably spent preparing plaintiff's fifteen-page response to defendant's objections). The Court applies Judge Gorenstein's recommended rate of $375 per hour for Walsh and awards Plaintiffs an additional $937.50 in attorneys fees. In total, Plaintiffs are awarded $24,268.98 in attorneys' fees, expenses, and costs.

**Dated:**  New York, New York
          November 6, 2023

                                                                     **RUBY J. KRAJICK**
                                                                       Clerk of Court

                                   **BY:**
                                                                 _____
                                                                        **Deputy Clerk**