

| HON. SYLVIA O. HINDS-RADIX<br>*Corporation Counsel* | THE CITY OF NEW YORK<br>LAW DEPARTMENT<br>100 CHURCH STREET<br>NEW YORK, NY 10007 | THOMAS LINDEMAN<br>Tel.: (212) 356-0418<br>tlindema@law.nyc.gov |
|---|---|---|

November 8, 2023

**VIA ECF**
Hon. Gabriel W. Gorenstein
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

MEMORANDUM ENDORSED

Re: *J.A. et al v. N.Y.C. Dep't of Educ.,* 22-cv-9454(VEC)(GWG)

Dear Magistrate Judge Gorenstein:

I am Senior Counsel in the office of Corporation Counsel, Hon. Sylvia O. Hinds-Radix, attorney for Defendant City of New York in the above-referenced action.

I write to respectfully request that the Court issue an order either sealing ECF No. 29-1 or, in the alternative, ordering the Clerk to replace that document with a redacted version that has been provided to that office. Plaintiffs consent to this request.

Upon reviewing the filings in this matter after the Court's recent decision, I realized that the document in question contained an instance of the Student-Plaintiff's name which was not properly redacted. I sincerely apologize for this oversight. The requested order will correct this error and protect the Student-Plaintiff's identity.

Thank you for considering this request.

Respectfully submitted,
/s/
Thomas Lindeman
Senior Counsel

Application granted.

So Ordered.

*/s/ Gabriel W. Gorenstein*
GABRIEL W. GORENSTEIN
United States Magistrate Judge
November 8, 2023